

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00054-CV

| | | |
|---|---|---|
| LYNN FRANKLIN COWDEN, Appellant | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-724853-22) |
| V. | § | November 30, 2023 |
| LISA PERRY COWDEN, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. Accordingly, the trial court's order is affirmed in part and reversed in part. We reverse the portion of the trial court's order denying Appellant's request for clarification and enforcement as to "the large round wooden dining room table [and] custom made dining room chairs" that had been "removed from the Breezy Point Ranch (Homestead) located at 9200 CR 25, Skellytown, Texas." We affirm the remainder of the trial court's order. We remand this case to the trial court for further proceedings consistent with our opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack